**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

**IN RE: Various Social Security Cases Affected by the Sixth Circuit Decision in**
*Hicks v. Comm'r of Soc. Sec.*[1]**, No. 17-5206**

| | |
|---|---|
| **5:16-cv-130** | **Clinton Ryan Mullins v. Comm'r of Soc. Sec.** |
| **5:16-cv-375** | **Danny Lenn Reed v. Comm'r of Soc. Sec.** |
| **6:16-cv-62** | **Robert L. Muncy, II v. Comm'r of Soc. Sec.** |
| **7:16-cv-73** | **Carolyn Lynn Bates v. Comm'r of Soc. Sec.** |
| **7:16-cv-77** | **Brenda Stewart v. Comm'r of Soc. Sec.** |
| **7:16-cv-90** | **Janie Shepherd v. Comm'r of Soc. Sec.** |
| **7:16-cv-91** | **Naomi Samons v. Comm'r of Soc. Sec.** |
| **7:16-cv-97** | **Argle Kendrick v. Comm'r of Soc. Sec.** |
| **7:16-cv-104** | **Matthew Slone v. Comm'r of Soc. Sec.** |
| **7:16-cv-140** | **Kathy Ramey v. Comm'r of Soc. Sec.** |
| **7:16-cv-149** | **Lenny Newsome v. Comm'r of Soc. Sec.** |
| **7:16-cv-158** | **Timothy Brashears v. Comm'r of Soc. Sec.** |
| **7:16-cv-163** | **Kathleen Campbell Curtis v. Comm'r of Soc. Sec.** |
| **7:16-cv-183** | **Deborah Burke v. Comm'r of Soc. Sec.** |
| **7:16-cv-185** | **Melissa C. Stiltner v. Comm'r of Soc. Sec.** |
| **7:16-cv-209** | **Ricky Casebolt v. Comm'r of Soc. Sec.** |
| **7:16-cv-212** | **Mary Sexton v. Comm'r of Soc. Sec.** |
| **7:16-cv-229** | **Amy Jayne Charles v. Comm'r of Soc. Sec.** |
| **7:16-cv-248** | **Eddie Reed v. Comm'r of Soc. Sec.** |
| **7:16-cv-290** | **Emmitt Burton v. Comm'r of Soc. Sec.** |
| **5:17-cv-262** | **Chessie Gray v. Comm'r of Soc. Sec.** |
| **7:17-cv-5** | **Chad Shepherd v. Comm'r of Soc. Sec.** |
| **7:17-cv-116** | **Margaret C. Copley v. Comm'r of Soc. Sec.** |
| **7:17-cv-130** | **Joann Holbrook v. Comm'r of Soc. Sec.** |
| **7:17-cv-158** | **Ranie Jo Coleman v. Comm'r of Soc. Sec.** |
| **7:18-cv-33** | **Martin Lee Gillespie v. Comm'r of Soc. Sec.** |
| **7:18-cv-47** | **Betty Robinson v. Comm'r of Soc. Sec.** |
| **7:18-cv-122** | **Tracy Ann Hannah v. Comm'r of Soc. Sec.** |

## <u>JUDGMENT</u>

********

In accordance with the Court's Memorandum Opinion and Order entered

---

[1]      Andrew Saul was sworn in as Commissioner of Social Security on July 17, 2019, during the pendency of these actions.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Commissioner Saul is automatically substituted as a party.

contemporaneously herewith, Rule 58 of the Federal Rules of Civil Procedure, and pursuant to 42 U.S.C. § 405(g),

**IT IS ORDERED** as follows:

(1)    The Commissioner's Motions to Remand pursuant to sentence six of 42 U.S.C. § 405(g) are **DENIED**;

(2)    The Commissioner's decisions denying Plaintiffs' disability claims on redetermination are hereby **REVERSED**;

(3)    Pursuant to sentence four of 42 U.S.C. § 405(g), these matters are **REMANDED** to the SSA for further proceedings consistent with the Sixth Circuit's decision in *Hicks v. Commissioner of Social Security*, 909 F.3d 786 (6th Cir. 2018);

(4)    These matters are **STRICKEN** from the active docket of this Court, to be restored to the active docket upon motion by any party for good cause shown;

(5)    This is a **FINAL AND APPEALABLE JUDGMENT** and there is **NO JUST CAUSE FOR DELAY**.

This 12th day of July, 2019.



Signed By:

*David L. Bunning*

**United States District Judge**

M:\DATA\SocialSecurity\Omnibus Judgment Lifting Stay and Remanding to SSA .docx